IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN DAVID SHULA, ] | |
| ] | |
| Plaintiff, ] | |
| ] | |
| v. ] | |
| ] | Case No.: 2:06-cv-1565-WMA-PWG |
| W.E. RYAN and JAMES WASHINGTON, ] | |
| ] | |
| Defendants. ] | |
| ] | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 22, 2006, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as premature. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as premature. A Final Judgment will be entered.

DATED this 12th day of January, 2007.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE